**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile:   (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Martinez-Aguilar

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **ANTONIO JOSE MARTINEZ-AGUILAR,** ) <br> ) <br> Defendant. ) <br> ) | Case No. 08mj8504 <br><br> **NOTICE OF APPEARANCE** |

       Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

Respectfully submitted,

Dated: June 10, 2008        s/ *Michelle Betancourt*
**MICHELLE BETANCOURT**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
michelle_betancourt@fd.org

**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Martinez-Aguilar

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08mj8504 |
| Plaintiff, | |
| v. | PROOF OF SERVICE |
| ANTONIO JOSE MARTINEZ-AGUILAR, | |
| Defendant. | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

Assistant United States Attorney
efile.dkt.gc1@usdoj.gov

Dated: June 10, 2008

*s/ Michelle Betancourt*
MICHELLE BETANCOURT
Federal Defenders of San Diego, Inc.,
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: michelle_betancourt@fd.org