FILED
JUN 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTONIO JOSE MARTINEZ-AGUILAR,<br><br>　　　　　Defendant. | Criminal Case No. 08CR2082-JLS<br><br>**I N F O R M A T I O N**<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The United States Attorney charges:

On or about June 3, 2008, within the Southern District of California, defendant ANTONIO JOSE MARTINEZ-AGUILAR, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Noe Resendiz-Garcia, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: June 19, 2008.

　　　　　　　　　　　　　　　　　KAREN P. HEWITT
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　/s/ John F. Weis

　　　　　　　　　　　　　　　　　W. MARK CONOVER
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

WMC:jam:Imperial
6/19/08