

1  KAREN P. HEWITT
   United States Attorney
2  W. MARK CONOVER
   Assistant United States Attorney
3  California State Bar No. 236090
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-5200
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

8

9                          UNITED STATES DISTRICT COURT

10                        SOUTHERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,        )    Magistrate Case No. 08MJ8504
                                     )           08CR2082-JLS
12                       Plaintiff,  )
                                     )    STIPULATION OF FACT AND JOINT
13            v.                     )    MOTION FOR RELEASE OF
                                     )    MATERIAL WITNESS(ES) AND
14  ANTONIO JOSE MARTINEZ-AGUILAR,   )    ORDER THEREON
                                     )
15                       Defendant.  )
                                     )    (Pre-Indictment Fast-Track Program)
16  _____)

17        **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and W. Mark

19  Conover, Assistant United States Attorney, and defendant ANTONIO JOSE MARTINEZ-

20  AGUILAR, by and through and with the advice and consent of Michelle Betancourt, counsel for

21  defendant, that:

22        1.     Defendant agrees to execute this stipulation on or before the first preliminary hearing

23  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

24  intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

25  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

26  of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii)

27  and (v)(II).

28  //

    WMC:jam:6/9/08

1      2.     Defendant acknowledges receipt of a plea agreement in this case and agrees to

2   provide the signed, original plea agreement to the Government not later than five business days

3   before the disposition date set by the Court.

4      3.     Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5   before **July 7, 2008**.

6      4.     The material witnesses, Noe Resendiz-Garcia, Erika Resendiz-Resendiz, and Marisol

7   Alejandra-Contreras, in this case:

8          a.     Are aliens with no lawful right to enter or remain in the United States;

9          b.     Entered or attempted to enter the United States illegally on or about

10  July 7, 2008;

11        c.     Were found in a vehicle driven by defendant near at the Highway S2 Border

12  Patrol Checkpoint, near Ocotillo, California and that defendant knew or acted in reckless disregard

13  of the fact that they were aliens with no lawful right to enter or remain in the United States;

14         d.     Were paying an undetermined amount of money defendant to be brought into

15  the United States illegally and/or transported illegally to their destination therein; and,

16         e.     May be released and remanded immediately to the Department of Homeland

17  Security for return to their country of origin.

18      5.     After the material witnesses are ordered released by the Court pursuant to this

19  stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

20  reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

21  including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

22         a.     The stipulated facts set forth in paragraph 4 above shall be admitted as

23  substantive evidence;

24         b.     The United States may elicit hearsay testimony from arresting agents

25  regarding any statements made by the material witness(es) provided in discovery, and such testimony

26  shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

27  of (an) unavailable witness(es); and,

28  Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Antonio Jose Martinez-Aguilar    2          08MJ8504

1         c.     Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

2 "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

3 and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

4 waives the right to confront and cross-examine the material witness(es) in this case.

5       6.    By signing this stipulation and joint motion, defendant certifies that defendant has

6 read it (or that it has been read to defendant in defendant's native language). Defendant certifies

7 further that defendant has discussed the terms of this stipulation and joint motion with defense

8 counsel and fully understands its meaning and effect.

9       Based on the foregoing, the parties jointly move the stipulation into evidence and for the

10 immediate release and remand of the above-named material witness(es) to the Department of

11 Homeland Security for return to their country of origin.

12       It is STIPULATED AND AGREED this date.

13                                  Respectfully submitted,

14                                    KAREN P. HEWITT

15                                    United States Attorney

16 Dated: _6/19/08_

17                                    W. MARK CONOVER

                                      Assistant United States Attorney

18 Dated: _6/19/08_

19                                  MICHELLE BETANCOURT

20                                  Defense Counsel for Antonio Jose Martinez-Aguilar

21 Dated: _6/19/08_              X Martinez Aguilar Antonio

22                                  ANTONIO JOSE MARTINEZ-AGUILAR

                                    Defendant

23

24

25

26

27

28 Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Antonio Jose Martinez-Aguilar      3              08MJ8504

1                                  **O R D E R**

2       Upon joint application and motion of the parties, and for good cause shown,

3       **THE STIPULATION** is admitted into evidence, and,

4       **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5 forthwith to the Department of Homeland Security for return to their country of origin.

6       **SO ORDERED.**

7

8       Dated: _6-19-08_ .

                                              United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Stipulation of Fact and Joint Motion for Release of
      Material Witness(es) And Order Thereon in
      United States v. Antonio Jose Martinez-Aguilar      4                     08MJ8504