UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA



2008 JUN 19 P 4: 20

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Antonio Jose Martinez-Aguilar )<br>)<br>Defendant(s) )<br>) | CRIMINAL NO. 08CR2082-JLS<br><br>ORDER 08mj8504<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Noe Resendiz-Garcia
064 17-298
(PER. FL BOND 6/17/08)

DATED:  6/19/08

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
       Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082